UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Michael W. Blodgett, pro se

    Plaintiff

                      MOTION TO ALTER, AMEND
                      OR CORRECT JUDGMENT
                      UNDER RULE 59

                      Re:

                      JUDGMENT AND ORDER
                      ENTERED MARCH 26/27TH, 2013

v.                    Court File No. 12-cv-301
                      Judges:   (JRT/JJG)

Jon Hanson, individually and/or    MOTION
as Shrine Officer and/or Attorney
and/or as Royal Order of Jesters
Member and Officer; Court 53
Royal Order of Jesters; Tony
Krall, individually and as a Shrine
Officer and/or a Jester and
Member of Jester Court 53; The
Trustees of Zuhrah Shrine, individual identities as yet unknown;
Defendants John and Jane Does 1 – 10;
All Defendants/Attorneys/Jesters/
Trustees, Jointly and Severally,

                Defendants
_____

3

SCANNED
APR 2 4 2013
U.S. DISTRICT COURT ST. PAUL

## MOTION TO ALTER, CORRECT OR AMEND ORDER/JUDGMENT ENTERED MARCH 26/27, 2013, WITH MOTION UNDER FED. R. CIV. PRO. RULE 59

**Now comes Plaintiff Michael W. Blodgett, pro se hereby MOVING this Honorable Court this 22nd Day of April, 2013** for a HEARING and an Order GRANTING the relief requested, namely to alter, correct or amend the Order entered March 26/27, 2013 as to: adoption of The Magistrate's Report and Recommendations as to dismissal and sanctions, et. al ("R & R") and denial of a hearing by the District Court as to: dismissal; denial of leave to amend[1]; denial of limited discovery; imposition of sanctions; and as to Federal Rules of Civil Procedure Rule 1 and 12, and Federal Rules of Evidence 201, 301, 406, 801- 807, and other Rules; and violations of the Constitution. This Motion is grounded upon clear errors of law and fact and the Eighth Circuit's teaching that district courts should be given the first opportunity to correct manifest errors of fact or law. A hearing will be scheduled and noticed as soon as such scheduling can be obtained.

---

[1] To add Shrine/Jester Attorney Britton Weimer as a Defendant and to seek discovery regarding mail and wire communications whose "who, what, when, where, and how" timing, contents and relationship to retaliation against Plaintiff are exclusively under Weimer's knowledge and control, under such RICO authority as *Handeen v. LeMaire,* 112 F. 3d 1336 (8th Circuit 1997) and other RICO and Rule 15 authorities.

4

Respectfully submitted,                                April 22nd, 2013

_____/s/_____
Michael W. Blodgett, pro se
3064 E. 85th Inver Grove Hts, MN 55076
612.987.3544

With Separate Affidavit of Plaintiff, Exhibits, Memorandum of Facts and

Law, Word Count Certificate and Certificate of Filing and Service, and Rule

11 Certification, and Including Notice of Proposed or Scheduled Hearing

5